**Dismissed and Opinion Filed November 21, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01593-CV

**IMOGENE SIMPSON, Appellant**

**V.**

**RANDALL A. SIMPSON, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-10-0755**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Moseley

The Court has before it appellant's motion to dismiss the appeal. Appellant states she no longer desire to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/
JIM MOSELEY
JUSTICE

131593F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IMOGENE SIMPSON, Appellant

No. 05-13-01593-CV     V.

RANDALL A. SIMPSON, Appellee

On Appeal from the 15th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. FA-10-0755.
Opinion delivered by Justice Moseley,
Justices Bridges and Evans participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Randall A. Simpson recover his costs of this appeal, if any, from appellant Imogene Simpson.

Judgment entered this 21st day of November, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE